UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Charmaine Watson

    Debtor(s)

Case No. 14 B 12065

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/31/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 07/29/2014.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,011.90 |
| Less amount refunded to debtor | $92.33 |
| **NET RECEIPTS:** | **$919.57** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $774.60 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $24.97 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$799.57** |
| Attorney fees paid and disclosed by debtor: | $750.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| Afni, Inc. (Original Creditor:T-Mobile) | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. (Original Creditor:Us Cellula | Unsecured | 773.00 | NA | NA | 0.00 | 0.00 |
| American Collections (Original Creditor: | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| Americash Loan | Unsecured | 367.22 | NA | NA | 0.00 | 0.00 |
| Blackhawk Finance | Unsecured | 5,640.00 | NA | NA | 0.00 | 0.00 |
| Buckeye Check Cashing of Il | Unsecured | 1,906.37 | NA | NA | 0.00 | 0.00 |
| Charter One Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Coastal Credit Llc | Secured | 9,421.00 | NA | 2,500.00 | 120.00 | 0.00 |
| Credit Management Lp (Original Creditor: | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Asso (Original Credito | Unsecured | 532.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection B | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| Dynia & Assoc. | Unsecured | 5,640.14 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Escallate Llc | Unsecured | 4,906.00 | NA | NA | 0.00 | 0.00 |
| Firstcash Loan | Unsecured | 150.74 | NA | NA | 0.00 | 0.00 |
| Gerald and Dolores Mares | Unsecured | 6,569.68 | NA | NA | 0.00 | 0.00 |
| Guaranty Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Harris | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| Harris | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Harris Arnold Scott PC | Unsecured | 287.18 | NA | NA | 0.00 | 0.00 |
| Harvard Coll (Original Creditor:10 Pls F | Unsecured | 1,013.00 | NA | NA | 0.00 | 0.00 |
| Heritage Acceptance | Unsecured | 1,097.00 | NA | NA | 0.00 | 0.00 |
| I C System (Original Creditor:10 Iq Tele | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| JRSI | Unsecured | 1,188.49 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mercantile | Unsecured | 165.49 | NA | NA | 0.00 | 0.00 |
| Miramedrg | Unsecured | 1,529.00 | NA | NA | 0.00 | 0.00 |
| Mutl H Clctn (Original Creditor:Medical) | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| National Recovery Agen (Original Credito | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| Nca (Original Creditor:01 Aarons Sales A | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| Nrthn Resol (Original Creditor:01 Allied | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Financial Gro (Original Credito | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| Professnl Acct Mgmt In (Original Credito | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| Rent-A-Center | Secured | 2,500.00 | NA | 5,000.00 | 0.00 | 0.00 |
| St. James Health Center | Unsecured | 287.18 | NA | NA | 0.00 | 0.00 |
| United Auto Credit Co | Unsecured | 6,871.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,500.00 | $120.00 | $0.00 |
| All Other Secured | $5,000.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,500.00** | **$120.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $799.57 |
| Disbursements to Creditors | $120.00 |
| **TOTAL DISBURSEMENTS:** | **$919.57** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/29/2014                    By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**